1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| ANDI ITALIANO, | Case No. CV12-9192-SVW (SHx) |
| --- | --- |
| Plaintiff, | Judge Stephen V. Wilson |
| vs. | **ORDER REMANDING ACTION TO THE LOS ANGELES SUPERIOR COURT** |
| MACY'S CORPORATE SERVICES, INC., and GURWITCH PRODUCTS LLC d/b/a LAURA MERCIER COSMETICS; DOES 1 to 50, | Complaint Filed: September 18, 2012 |
| Defendants. | JS-6 |

THE COURT, having considered and accepted Plaintiff's Waiver and Release of Damages Claim in Excess of $75,000 and Stipulation Requesting Remand to Los Angeles Superior Court, hereby REMANDS this action to the Los Angeles County Superior Court.

//

//

//

1

**ORDER REMANDING ACTION TO THE LOS ANGELES SUPERIOR COURT**

1  There shall be no award of costs or fees incurred as a result of the removal,
2  in favor of any party.
3
4  DATED: December 21, 2012
5
6
   _____
7  HONORABLE STEPHEN V. WILSON

2

**ORDER REMANDING ACTION TO THE**
**LOS ANGELES SUPERIOR COURT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28